UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:23-cv-00145-BJB

(*Electronically Filed*)

| | |
|---|---|
| SARAH E. ELLIOT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| HILLCREST CREDIT AGENCY | ) |
| assumed name for | ) |
| COMMONWEALTH HEALTH CORP., | ) |
| | ) |
| *Defendants*. | ) |

## Submission of Order Dismissing with Prejudice

Plaintiff Sarah E. Elliot and Defendant Hillcrest Credit Agency d/b/a Commonwealth Health Corp., Inc., submit the attached agreed order dismissing this action with prejudice.

Respectfully submitted:


*/s/ John H. Dwyer, Jr.*
John H. Dwyer, Jr.
Cyrus G. Dutton IV
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: (502) 238-8500
Facsimile: (502) 238-7995
Cyrus.Dutton@wilsonelser.com
John.Dwyer@wilsonelser.com
*Counsel for Defendant*

*/s/ Zachary L. Taylor (w/permission)*
Zachary L. Taylor
905 Baxter Avenue
Louisville, KY 40204
zlt@LouisvilleLawOffice.com
*Counsel for Plaintiff*

1

293482811v.1